# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**QUILDON HOUSTON**<br><br><br>DOB:         PDID: | DOCKET NO:<br>CR05-206-02 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Denise Greene | **FILED**<br>JUN - 2 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(B)(iii); and 21:860(a); 21:841(a)(1) and 841(b)(1)(A)(iii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/26/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>*(signature)* | DATE:<br>5/26-05 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 6-2-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Darlene Todd<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>*Darlene Todd* | |
|---|---|---|---|---|
| DATE EXECUTED | 6-2-05 | | | |
| HIDTA CASE: | Yes  No X | | OCDETF CASE: | Yes  No X |