AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____ DISTRICT OF _Columbia_ _____

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

_Denise    Greene_
_____Defendant_____

Case Number: _05-206-02_

Upon motion of the _____ _Government_ _____, it is ORDERED that a

detention hearing is set for _____ _6-6-05_ _____ * at _____ _1:45_ _____
                                    _Date_                            _Time_

before _Magistrate Judge John M. Facciola_ _____
                              Name of Judicial Officer

_Courtroom 4 Second Floor_ _____
                    Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                    Other Custodial Official

Date: _____ _06/02/05_ _____                     _John M Facciola_ _____
                                                        Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.