UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-206 (EGS) |
| v. | : | FILED |
| DENISE GREENE | : | AUG 1 1 2005 |
| | | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

After consideration of the oral motion of the defendant, Denise Greene, by and through her attorney in open Court, the Court finds that for the reasons stated in Court on August 3, 2005, that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speed trial, and accordingly it is this _____ day of _____, 2005, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from August 3, 2005 to September 9, 2005 shall be excluded in computing the date for speedy trial in this case.

_8/10/05_____           _____
DATE                        EMMET G. SULLIVAN
                            U.S. DISTRICT COURT JUDGE