UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | |
| DENISE GREENE, | : | Crim. No. 05-206 (EGS) |
| Defendant. | : | |

**FILED**

SEP 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

For the reasons stated in open court on September 9, 2005 it is hereby

**ORDERED** that defendant Denise Greene is authorized to enter the APRA detoxification center located at the former D.C. General Hospital site at Massachusetts Avenue and 19th Street SE, Washington, D.C.

9/9/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Notice to:

Ms. Harrington
Detoxification Center -- DC Department of Health
1900 Massachusetts Avenue, SE, Building 12
Washington, DC 20003
fax 202-724-8937

James W. Beane, Jr.
2715 M Street, NW
Washington, DC 20007


Alex P. Shawe
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4239
Washington, DC 20001