UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-206 (EGS) |
| | : | |
| v. | : | |
| | : | |
| DENISE GREENE | : | |

### NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits an Order on the Defendant's oral motion in open court on September 9, 2005 by her attorney.

                          Respectfully submitted,
                          KENNETH L. WAINSTEIN
                          UNITED STATES ATTORNEY
                          BAR NO. 451058

By: _____
ALEXANDER SHAWE
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 472-492
555 4th Street Room 4239
Washington, DC 20001
NARCOTICS SECTION
202-514-9519

### CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was caused to served upon the attorney for the defendant, Michael Blumenthal, Esq., 8201 Corporation Drive #1120, Landover, MD 20785, on this <u>16th</u> day of September, 2005.

_____
ALEXANDER SHAWE
ASSISTANT UNITED STATES ATTORNEY