UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-206 (EGS) |
| v. | FILED |
| DENISE GREENE | SEP 20 2005 |
| | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

After consideration of the oral motion of the defendant, Denise Greene, by and through her attorney in open Court, the Court finds that for the reasons stated in Court on September 9, 2005, that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speed trial, and accordingly it is this __19th__ day of __Sept__, 2005, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from September 9, 2005 to November 22, 2005 shall be excluded in computing the date for speedy trial in this case.

__9/19/05__
DATE

_____
EMMET G. SULLIVAN
U.S. DISTRICT COURT JUDGE