CO-1 80 (Rev - DC 03/00)

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**DENISE GREEN**<br>DOB:           PDID# | DOCKET NO: 05-206 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>DENISE GREEN<br>30 RANDOLPH PLACE, NW<br>WASHINGTON, DC 20001 | FILED<br>OCT 0 7 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR TO PRETRIAL SERVICES

UNLAWFUL DISTRIBUTION OF COCAINE BASE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21 USC 841 | |
|---|---|---|
| BAIL FIXED BY COURT:<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY: | JUDGE/MAGISTRATE JUDGE<br>EMMET G. SULLIVAN | DATE ISSUED:<br>9/23/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/23/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9-23-05<br>DATE EXECUTED<br>10-7-05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |