UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05 - 206 (EGS) |
| : | |
| DENISE GREENE. : | |
| : | |
| Defendant : | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING

COMES NOW Defendant, by and through counsel, and requests that this Court continue the status hearing currently scheduled for October 21, 2005.

1. On October 13, 2005, Mr. Denise was Arraigned before Magistrate Judge Robinson. On October 17, 2005, counsel received notice that a Status Conference has been set for October 21, 2005. Unfortunately, counsel is not available to appear on October 21, 2005.

3. Counsel is scheduled to be out of the jurisdiction on October 21, on matter that was previously scheduled.

4. On September 9, 2005, this Court held a status hearing at which time the Court ordered that Ms. Greene to enter an in-patient drug treatment program. The Court scheduled an additional status hearing for November 22, 2005.

5. Unfortunately, Ms. Greene was arrested after failing to report to an inpatient drug treatment program and the Court issued an arrest warrant. On October 7, 2005, Ms. Greene was arrested and a status hearing was held before Magistrate Judge Robinson at which time Ms. Greene was held pending trial. On October 18, 2005, counsel received notice via the ECF system that a status date had been scheduled for October 21, 2005.

6. Counsel has contacted AUSA Alex Shaw who has indicated that he was no

opposition to this motion.

    Accordingly, counsel requests that this matter be scheduled for some time after October 27, 2005.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.
Bar No. 444920

2715 M Street, NW
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion was delivered to Assistant United States Attorney Alex Shawe, via the ECF system on this 19th day of October, 2005.

/s/
James W. Beane, Jr.