UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 206 (EGS) |
| | : | |
| DENISE GREENE. | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Denise Greene's motion to continue the status conference currently scheduled for Friday October 21, 2005.  Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2005,

ORDERED that Mr. Greene's motion is granted.  It is

FURTHER ORDERED that Mr. Greene shall appear on the ___ day of _____, 2005, for a further status in this matter.

SO ORDERED

_____                    _____
DATE                                                              EMMET G. SULLIVAN
                                                                       UNITED STATES DISTRICT COURT JUDGE


cc: AUSA, Alexander Shawe, Esquire          James W. Beane, Jr., Esquire
    United States Attorney's Office                2715 M Street, N.W.
    555 4th Street, NW                                  Suite 200
    Washington, DC 20530                          Washington, DC  20007