UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| v.  } | Crim No. 05-515M-02 (JMF) |
| } | |
| Houston Quildon, et.al.,  ) | |
| **DENISE GREENE**  ) | |
| Defendant No. 02  ) | |
| _____} | |

NOTICE OF APPEARANCE

COMES NOW, James W. Rudasill, Jr., #318113, pursuant to Local Criminal Rule 44.5(a) and respectfully request that the Clerk of the Court enter his appearance in this case as appointed counsel pursuant to the Criminal Justice Act , Title 18 U.S.C. Section 3006A for defendant, DENISE GREENE, *nunc pro tunc,* on December 23, 2005.

Respectfully submitted,

_____
James W. Rudasill, Jr #318113
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
(202) 783-7908

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice was served by mail on Alex Shawe, Esq., Assistant United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530,and counsel for co-defendant Houston Quildon by electronic mail, this 5th day of January 2006.

_____
James W. Rudasill, Jr.