UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     )
                             )
        v.                   )   Criminal No. 05-206 (EGS)
                             )
Denise Greene                )
            Defendant.       )
                             )

## O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house __Denise Greene__ at Central Treatment Facility until further Order of this Court.

6/27/06
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE