UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
                                :
    v.                          :
                                :   Crim. No. 05-206 (EGS)
DENISE GREENE,                  :
                                :   **FILED**
        Defendant.              :
                                :   JUN 2 8 2006
                                :
                                    NANCY MAYER WHITTINGTON, CLERK
                                    U.S. DISTRICT COURT

### ORDER

For the purpose of avoiding any potential security issues, the Court hereby **ORDERS** the Department of Corrections ("DOC") to separate and keep apart defendants Denise Greene (DOB 11/2/51, PDID 574-226) and Houston Quildon (DOB 11/22/63, PDID 409-251) from one another.

_____6/27/06_____                 _____
DATE                                EMMET G. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE