**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 19 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 05-206(EGS)
)
_Denise Greene_ )
)
Defendant. )
_Reg. No. 28137-016_ )

## O R D E R

Upon careful consideration of defendant's request, the

United States Marshal Service and the Department of Corrections

are directed to house ___Denise Greene -DCDC-305-363___

_____ at Central Treatment Facility until

further Order of this Court.

_7/19/06_
**DATE**

_Emmet G. Sullivan_
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE