UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 05-206-02 (EGS)** |
| : | |
| **DENISE GREENE,** : | |
| : | |
| **Defendant.** : | |
| : | |

GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests a continuance of the plea hearing in this matter. In support of this motion, the government states as follows:

1. The Defendant is charged in a fourteen-count indictment with distributing a total of 222.1 grams of cocaine base on seven separate occasions, each time within 1000 feet of a school, between February 16, 2005 and May 12, 2005.

2. The government extended a preliminary plea offer to the Defendant, and at the January 26, 2007 status hearing before this Court, the Defendant indicated her intent to accept the government's plea offer. This matter is currently scheduled for a plea hearing before this Court on Tuesday, February 13, 2007, at noon.

3. Due to recent illness, undersigned counsel was unable to submit the complete plea agreement, factual proffer, and written insulating statement to counsel for the Defendant, James W. Rudasill, Esquire, in sufficient time for him to meet with the Defendant and to discuss the plea documents with the Defendant in advance of the plea hearing. The government requests a short

continuance of the plea hearing to allow Mr. Rudasill to meet with the Defendant and to discuss with the Defendant the plea documents, which have now been provided to him.

4.      Undersigned counsel is authorized to represent that defense counsel, James Rudasill, Esquire, does not oppose this motion, and that Mr. Rudasill, like undersigned counsel, is available to appear before the Court for a plea hearing at any time on Friday, February 16, 2007, should the Court's schedule permit.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court reschedule the sentencing for some time on Friday, February 16, 2007, should the Court's calendar permit.

> Respectfully submitted,
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY
> Bar No. 451-058
>
> _____
> By:   PRECIOUS MURCHISON
>       ASSISTANT U.S. ATTORNEY
>       Maryland Bar
>       Federal Major Crimes Section
>       555 4th Street, N.W.
>       Washington, D.C. 20530
>       (202) 307-6080
>       precious.murchison@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion has been upon counsel of record for the Defendant, James W. Rudasill, Esquire, 717 D Street, Northwest, Suite 310, Washington, DC 20004, this ___ day of February, 2007.

 

                                                                                     _____
                                                                                     Assistant United States Attorney