UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 05-206-02 (EGS)** |
| : | |
| **DENISE GREENE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

The Court, having considered the Government's Unopposed Motion to Continue Plea Hearing, and based on the representations made in such motion, and good cause having been shown, it is this ____ day of _____, 2007, hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the sentencing is rescheduled for the _____ day of _____, 2007, at _____.


_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE