**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                          Criminal No. 05-206

DENISE GREENE
    Defendant.

**ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MARCH 2, 2007**; defendant's memorandum lf law, if any shall be filed by no later than **MARCH 9, 2007**; the Government's memorandum of law, if any shall be filed by no later than **MARCH 16, 2007**, a reply, if any shall be filed by no later than **MARCH 23, 2007**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **MARCH 30, 2007 AT 12:00 P.M.**

    IT IS SO ORDERED.

    DATE: February 20, 2007     EMMET G. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE

ATTENTION: SHARI MCCOY, PO