UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA



U.S.A. vs. **Denise Greene**  Docket No.: **CR-05-206-02**

## REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted

    New sentencing date: April 24, 2006 p5 12:30 p.m.

2. Extension for additional time to complete presentence report denied _____

### ORDER OF COURT

Considered and ordered this 7th day of March, 2006.

Emmet G. Sullivan
**United States District Judge**