UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-206-02 (EGS) |
| | : | |
| v. | : | |
| | : | SENTENCING: April 24, 2007 |
| DENISE GREENE, | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE
SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves this Court for an enlargement of time in which to file its sentencing memorandum. In support of this motion, the government submits the following:

1. On February 16, 2007, the Defendant pled guilty to one count of Unlawful Distribution of 50 Grams of More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

2. On February 20, 2007, the Court scheduled this matter for sentencing on March 30, 2007, and ordered the government to file its memorandum in aid of sentencing no later than March 16, 2007.

3. Thereafter, Ms. Linsey Epson, the United States Probation Officer who is preparing the Presentence Report, requested an extension of time in which to file the Presentence Report, and Ms. Epson also requested that the Court continue the sentencing date.

4. On March 8, 2007, the Court granted Ms. Epson's request, vacated the sentencing date of March 30, 2007 and rescheduled the sentencing date to April 24, 2007 at 12:30 p.m.

5. The Presentence Report, which undersigned counsel would like to review before filing her sentencing memorandum, is not yet available.

6. The undersigned is authorized to represent that counsel for the Defendant, James Rudasill, Esquire, does not oppose this motion.

WHEREFORE, the government respectfully requests that the deadline for the filing of its sentencing memorandum be extended approximately 20 days.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    Bar No. 451-058


    _____
By:    PRECIOUS MURCHISON
    ASSISTANT U.S. ATTORNEY
    Maryland Bar
    Federal Major Crimes Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 307-6080
    precious.murchison@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this motion has been upon counsel of record for the Defendant, James W. Rudasill, Esquire, 717 D Street, Northwest, Suite 310, Washington, DC 20004, this ___ day of March, 2007.

 

_____
Assistant United States Attorney