UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-206-02 (EGS)** |
| | : | |
| v. | : | |
| | : | **SENTENCING: April 24, 2007** |
| **DENISE GREENE,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the government's Unopposed Motion for Enlargement of Time in Which to File Sentencing Memorandum, and the record herein, it is this _____ day of _____, 2007, hereby

**ORDERED**, that the government's motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant's sentencing memorandum, if any, shall be filed no later than _____; and it is further

**ORDERED**, that the government's sentencing memorandum shall be filed no later than _____; and it is further

**ORDERED**, that a reply, if any, shall be filed no later than _____.

**IT IS SO ORDERED**.

Date:_____

_____
EMMET G. SULLIVAN
United States District Judge