**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                                      Criminal No. 05-206

DENISE GREENE
    Defendant.

**<u>ORDER</u>**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **<u>MARCH 27, 2007</u>**; defendant's memorandum lf law, if any shall be filed by no later than **<u>APRIL 3, 2007</u>**; the Government's memorandum of law, if any shall be filed by no later than **<u>APRIL 10, 2007</u>**, a reply, if any shall be filed by no later than **<u>APRIL 17, 2007</u>**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **<u>APRIL 24, 2007 AT 12:30 P.M.</u>**

    IT IS SO ORDERED.

    DATE: MARCH 16, 2007        EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE