HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-00206-02</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| GREENE, Denise | : | Disclosure Date: <u>March 20, 2007</u> |

RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           _____
Prosecuting Attorney                                                     Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
(X)   There are no material/factual inaccuracies therein. * *See minor errors noted.*
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

[signature] 3/28/07         [signature] 3/28/07
Defendant        Date         Defense Counsel      Date

FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 3, 2007**, to U.S. Probation Officer **Linsey Epson**, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

Pg. 2 Ms. Green was arrested on June 1st 2005 @ 3:52 p.m.

Pg. 4 - Paragraph 6 - Ms. Green entered detox @ D.C. General Hospital - not George Washington University Hospital. Ms. Green had planned to enter into Psychiatric Services - Substance Dependency Clinic @ Washington Hospital Center prior to revocation of bond on June 27, 2006.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____