```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES
        Plaintiff,

    vs.                                   Criminal No. 05-206

DENISE GREENE
        Defendant.
```

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MARCH 27, 2007**; defendant's memorandum lf law, if any shall be filed by no later than **APRIL 3, 2007**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 10, 2007**, a reply, if any shall be filed by no later than **APRIL 17, 2007**, ; and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **APRIL 24, 2007 AT 12:30 P.M.**

IT IS SO ORDERED.

DATE: MARCH 16, 2007           EMMET G. SULLIVAN
                               UNITED STATES DISTRICT JUDGE