HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-00206-02</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| GREENE, Denise | : | Disclosure Date: <u>March 20, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**FILED**
**FEB 2 1 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _____
Prosecuting Attorney                                                      Date

#### For the Defendant
(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.     * See minor errors noted.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

/s/ Denise Greene  3/28/07                                    /s/ James W. Rudolph  3/28/07
Defendant                Date                                  Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 3, 2007</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

Pg.1 Ms. Green was arrested on June 1st 2005 @ 3.52 p.m.

Pg.4 - Paragraph 6 - Ms. Green entered detox @ D.C. General Hospital - not George Washington University Hospital. Ms. Green had planned to enter into Psychiatric Services - Substance Dependency Clinic @ Washington Hospital Center prior to revocation of bond on June 27, 2006.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____