**U.S. Department of Justice**

Federal Bureau of Prisons

*Leave so
File is
granted.
[signature]
4/7/08*

---

*Office of the Director*                    *Washington, DC 20534*

April 3, 2008

The Honorable Emmet G. Sullivan
Judge of the U.S. District Court
  for the District of Columbia
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CR 05-206-2

**FILED**

APR 07 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:  GREENE, Denise Ann
     Register Number: 28137-016

Dear Judge Sullivan:

This is in response to your letter and recommendation that Denise Greene, an inmate currently pending transfer, serve her term of confinement at the Federal Prison Camp (FPC) in Alderson, West Virginia, and participate in the Residential Drug Abuse Program (RDAP).

Ms. Greene was sentenced in the United States District Court for the District of Columbia on February 21, 2008, to a 46-month term with five years of supervised release for Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting.

The Bureau makes every attempt to comply with judicial recommendations when such requests are consistent with agency policy and sound correctional management. Unfortunately, we were unable to follow all of the Court's recommendations. Ms. Greene has been classified as a minimum security level offender and has been designated to FPC Alderson, where the RDAP is available. However, she will not have time to complete the RDAP, based on the amount of time remaining to serve on her sentence. Specifically, when factoring in her earned jail credit time, Ms. Greene has a projected release date of April 7, 2009.

The Alderson RDAP is a voluntary, nine month program which consists of a minimum of 500 hours of residential participation, followed by a community-transition component which lasts up to six months. In order for an inmate to participate in the Alderson RDAP, she must have at least 15 months remaining to serve on her sentence, at the time the program begins. This accounts for the nine month residential component and the subsequent six month transitional follow-up placement.

The earliest program Ms. Greene could participate in would begin in July 2008. At that time, she would have approximately nine months remaining to serve and would not have sufficient time to fully complete the RDAP. Given our extensive waiting list, we would not admit her into the program over someone who could finish the entire program and who would receive the entire therapeutic benefit of the program.

In these instances, we offer the Non-Residential Drug Abuse Treatment Program, which is a condensed version of the RDAP that incorporates core content areas, such as interpersonal skill building, errors in thinking, post release survival, relapse prevention and anger management. Inmates in the Non-Residential Program receive individualized treatment plans and participate in weekly group therapy for approximately three to four months.

Although we were unable to follow all of the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

I trust this response has addressed your concerns.

Sincerely,

Harley G. Lappin
Director